UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DRAPER, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| Vs. | ) CAUSE NO. 1:14-cv-01737-JMS-TAB |
| | ) |
| **VUTEC CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |

### STIPULATION TO DISMISS

Come now the parties, Draper, Inc., plaintiff, and Vutec Corporation, defendant, by counsel, and stipulate and agree to the dismissal of this cause, with prejudice, each party bearing its own costs.

/s/ Robert M. Baker III
Robert M. Baker III
LAW OFFICE OF ROBERT M. BAKER III
Office:  9150 North Meridian Street,
Indianapolis, IN 46260
Email:  rbaker@rbakerlaw.net

/s/ Thomas Storrs Reynolds, II (by permission)
Thomas Storrs Reynolds, II
HANSEN REYNOLDS DICKINSON CRUEGER LLC
316 North Milwaukee Street
Suite 200
Milwaukee, WI 53202
Email:  treynolds@hrdclaw.com

413280-SD- 9107-01