# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DRAPER, INC. | ) |
| | ) |
|     **Plaintiff,** | ) |
| Vs. | ) CAUSE NO. 1:14-cv-01737-JMS-TAB |
| | ) |
| VUTEC CORPORATION | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

The parties, Draper, Inc., plaintiff, and Vutec Corporation, defendant, having entered into a stipulation to dismiss with prejudice, and the court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause be and hereby is dismissed with prejudice, each party bearing its own costs.

Dated: 10/5/2015

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Service by ECF upon all ECF-registered counsel.